UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

EVELYN FERNANDEZ,

    Plaintiff,

vs.

CRYSTAL CRUISES, LLC,
A Foreign Limited Liability Company,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant CRYSTAL CRUISES, LLC ("Defendant"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this action is based upon the following:

1. On or about May 31, 2019, Plaintiff, EVELYN FERNANDEZ ("Fernandez"), filed a civil action in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, entitled *Evelyn Fernandez. v. Crystal Cruises, LLC,* Miami-Dade County Circuit Court Case No. 2019-016156-CA-01 (hereinafter referred to as the "State Court Action").

2. Plaintiff's Complaint asserts five causes of action against Defendant: discrimination in compensation in violation of the Equal Pay Act of 1963, 29 U.S.C. § 206, *et seq.* (the "EPA") (Count I); age discrimination in violation of the Employment Act of 1967, 29 U.S.C. § 621 *et seq.* (the "ADEA") (Count II); age discrimination in violation of the Florida Civil Rights

Act of 1992, Fla. Stat. section 760.10 *et seq.* (the "FCRA") (Count III); national origin discrimination in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") (Count IV); and national origin discrimination in violation of the FCRA (Count V).

3. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331, because Plaintiff has asserted claims under federal law based on violations of the EPA, ADEA, and Title VII. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367(a).

4. A copy of the Complaint and Summons in the State Court Action were served upon Defendant on June 12, 2019. This constituted Defendant's first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), and is brought within thirty-days (30) from the date on which Defendant received notice of the State Court Action.

5. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1441.

6. The District and Division embracing the place where such action is pending is the United States District Court for the Southern District of Florida, Miami Division. *See* 28 U.S.C. § 1441(a). The Southern District, Miami Division is the appropriate venue because Plaintiff worked for Defendant in Miami-Dade County, Florida. *See* Compl. at ¶ 3.

7. A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as **Composite Exhibit "A,"** as required by 28 U.S.C. § 1446(a).

8. Pursuant to 28 U.S.C. § 1446(d), Defendant is simultaneously providing written notice of the removal to Plaintiff and is filing a copy of this Notice of Removal in the Circuit Court

of the 11th Judicial Circuit, in and for Miami-Dade County, Florida.  A copy of Defendant's Notice of Filing  Notice of Removal is attached hereto as **Exhibit "B."**

DATED this 12th day of July 2019.

>Respectfully submitted,
>
>LITTLER MENDELSON, P.C.
>Wells Fargo Center
>333 S.E. 2nd Avenue, Suite 2700
>Miami, Florida  33131
>Tel:  (305) 400-7500
>Fax: (305) 603-2552
>
>
>By**:** */s/ Laurie M. Weinstein*
>Aaron J. Reed, Esq.
>Florida  Bar No. 0557153
>E-mail:  *areed@littler.com*
>Laurie M. Weinstein, Esq.
>Florida  Bar No. 86272
>E-mail:  *lweinstein@littler.com*
>
>*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of July 2019,  a true and correct copy of the foregoing  was electronically  filed  and served via transmission  of Notice of Electronic  Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

>*/s/ Laurie M. Weinstein*
>Laurie M. Weinstein, Esq.

## SERVICE LIST

| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENDANT* |
|---|---|
| Jason S. Remer, Esq.<br>E-mail: jremer@rgpattorneys.com<br>REMER & GEORGES-PIERRE, PLLC<br>44 West Flagler Street, Suite 2200<br>Miami, Florida 33130<br>Telephone: (305) 416-5000<br>Facsimile: (305) 416-5005 | Aaron J. Reed, Esq.<br>E-mail: areed@littler.com<br>Secondary: btapia@littler.com<br>Laurie M. Weinstein, Esq.<br>E-mail: lweinstein@littler.com<br>Secondary: ccano@littler.com<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 S.E. 2nd Avenue, Suite 2700<br>Miami, Florida 33131<br>Telephone: (305) 400-7500<br>Facsimile: (305) 603-2552 |

FIRMWIDE:165125329.1 090965.1007