UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-22886-CIV-LOUIS

EVELYN FERNANDEZ,

    Plaintiff,
v.

CRYSTAL CRUISES, LLC,

    Defendant.
_____/

**UNOPPOSED AMENDED MOTION TO WITHDRAW BY
ATTORNEYS' OF RECORD FOR PLAINTIFF FROM
<u>REMER & GEORGES-PIERRE LLC</u>**

The law firm of Remer & Georges-Pierre hereby respectfully move for leave to withdraw as counsel for Plaintiff, Evelyn Fernandez ("Plaintiff"), and as grounds therefor, states as follows:

1. Irreconcilable differences have arisen between Counsel and the Plaintiff such that Counsel can no longer ethically and fairly represent Plaintiff. Counsel has made good faith and multiple efforts to resolve these differences in seeking to avoid having to withdraw, however, are unable to resolve the conflicts. The ongoing representation of Plaintiff, without resolution of the conflicts, will cause a substantial burden and hardship upon Counsel. Because of confidentiality and privilege considerations, counsel is unable to further elaborate on the nature of the differences and conflicts, which preclude Counsel's continued representation of Plaintiff in this case.

2. Counsel's withdrawal will not prejudice the Defendants nor will it significantly delay or interfere with the efficient and orderly resolution of this action. There are no

   outstanding deadlines as required by the Court's Amended Pre-Trial Order (ECF No. 14).

3. Counsel has advised Plaintiff, Evelyn Fernandez, of Counsel's intended withdrawal, the need for Ms. Fernandez to retain legal counsel or proceed pro se in this action to defend herself and the need for Plaintiff to be represented by counsel. Counsel for Plaintiff, Evelyn Fernandez, has conferred with Defense counsel who consents to this withdrawal.

4. This motion is not being filed to hinder or delay this matter or to prejudice any party.

5. The Last Known Permanent address for the Plaintiff is:

   5950 SW 74 Street. Apt 301. Miami, Florida 33143.

   Email Address: anaevef@yahoo.com

WHEREFORE, the law firm of Remer & Georges-Pierre and attorneys, Jason S. Remer, Esq. and Elizabeth D. Carlin, Esq., hereby respectfully move for entry of an Order granting their withdrawal as counsel for the Plaintiff and relieving them of all responsibility for Plaintiff's representation in this action, and granting a period of twenty (20) days for Plaintiff to retain new counsel.

## LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(A), on January 09, 2020, the undersigned conferred with Aaron Reed Esq., counsel for Defendant, who represented on behalf of Defendant that he does not oppose Counsel's withdrawal. Defendant has consented to Counsel's withdrawal.

Dated: January 10, 2020

        Respectfully submitted,

**Elizabeth D. Carlin**
**REMER & GEORGES-PIERRE, PLLC**
Jason S. Remer, Esq.
Fla. Bar No.: 0165580
jremer@rgpattorneys.com
Elizabeth D. Carlin, Esq.
Fla. Bar No.: 0753521
ecarlin@rgpattorneys.com
Courthouse Tower
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305)416-5000
Facsimile: (305)416-5005
Attorneys for Plaintiff

## Certificate of Service

**I hereby certify** that on January 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: **/s/ Elizabeth D. Carlin**
    Elizabeth D. Carlin, Esq.
    Fla. Bar No.: 073521

[SERVICE LIST BELOW]
**SERVICE LIST**

Aaron Reed.
AReed@littler.com
Littler
Wells Fargo Center, 333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7551
Facsimile (305) 418-7423

Attorney for Defendant