UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22886-CIV-MORENO

EVELYN FERNANDEZ,

    Plaintiff,

v.

CRYSTAL CRUISES, LLC,

    Defendant.
_____/

## MEDIATOR'S REPORT

Mediation was held on January 9, 2020, with all parties and their counsel present. A settlement was not reached.

    Respectfully submitted,

    **GRAYROBINSON, P.A.**
    333 S.E. 2nd Avenue, Suite 3200
    Miami, Florida 33131
    Telephone: (305) 416-6880
    Facsimile:  (305) 416-6887


    BY:  /s/ Marlene Quintana
        Marlene Quintana, Mediator
        Florida Bar No.: 88358
        marlene.quintana@gray-robinson.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

                                        BY:   /s/ Marlene Quintana
                                                 Marlene Quintana, Mediator

#39128500 v1